An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD SETH TRZASKA,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 67921

**FILED**

JUN 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to vacate restitution. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because no statute or court rule permits an appeal from an order denying a motion to vacate restitution, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we direct the clerk of this court to return, unfiled, the pro se document received on June 9, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18798

cc: Chief Judge, The Eighth Judicial District Court
Hon. Sally Loehrer, Senior Judge
Hon. Stefany Miley, District Judge
Edward Seth Trzaska
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2